**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

RICHARD SHANE NICHOLS,
ADC #112196                                                                                            PLAINTIFF

V.                                            4:11-cv-00452-SWW-JTK

ROWDY SWEET, et al.                                                                          DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1.   Plaintiff's Complaint against Defendants is DISMISSED for failure to state a claim.

2.   Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

3.   The Court certifies that an <u>in forma pauperis</u> appeal from an Order and Judgment dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 7th day of July, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE