## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

RICHARD SHANE NICHOLS,
ADC #112196                                                                                          PLAINTIFF

V.                                         4:11-cv-00452-SWW-JTK

ROWDY SWEET, et al.                                                                           DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice, for failure to state a claim upon which relief may be granted.  The relief sought is denied.

The Court certifies that an in forma pauperis appeal from the Order and Judgment dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 7th day of July, 2011.


       /s/Susan Webber Wright
       UNITED STATES DISTRICT JUDGE